No. 846. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *George S. McCarthy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 851. LUCAS ET UX. *v.* BOARD OF EQUALIZATION OF DOUGLAS COUNTY, NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Robert E. O'Connor* for petitioners.

No. 852. BANK OF NEVADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Christopher M. Jenks* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Sheldon I. Fink* for the United States.

No. 855. BLACKBURN *v.* MAYO, PRISON CUSTODIAN. C. A. 5th Cir. Certiorari denied. *Claude Pepper, Pat Whitaker* and *Tom Whitaker* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *George E. Owen,* Assistant Attorney General, for respondent.

No. 856. POOL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Irving I. Axelrad* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Alexander F. Prescott* and *Joseph Kovner* for respondent.

No. 858. LOCAL No. 149, AMERICAN FEDERATION OF TECHNICAL ENGINEERS, AFL–CIO, *v.* GENERAL ELECTRIC Co. C. A. 1st Cir. Certiorari denied. *Herbert S. Thatcher* for petitioner. *Warren F. Farr* for respondent.